UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICARDO BRYAN,
    Petitioner,

vs.                                    Case No.:  4:20cv357/TKW/EMT

MARK S. INCH,
    Respondent.
_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12) and Petitioner's objections.  The Court reviewed the issues raised in the objections de novo pursuant to Fed. R. Civ. P. .72(b)(3).  Based on that review, the Court fully agrees with the magistrate judge's analysis and recommended disposition of the petition.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The habeas petition challenging FDOC DR Log Nos. 115-180895, 115-180896, 115-180907, 115-180909, and 115-180910 (Doc. 1) is **DENIED**.

3.    A certificate of appealability is **DENIED**.

      4.      The Clerk is directed to enter judgment in accordance with this Order and close the case file

**DONE and ORDERED** this 22nd day of March, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**